**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.   10-cr-00252-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

10.  JESUS SANCHEZ,

      Defendant.

## ORDER EXONERATING BOND

      This court has granted a government motion to voluntarily dismiss the charges against the defendant.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

      **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

      **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

      DATED at Denver, Colorado, this 19th day of February, 2013.

      BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge